UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Securities and Exchange Commission Civil 10-4937 JNE/FLN

 Plaintiff,

 v. O R D E R

Amit V. Patel,

 Defendant.
_____

 Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 11, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

 **IT IS HEREBY ORDERED** that OptionsHouse Account xxxx2184 in the name of Shilpa Patel is released from the asset freeze provisions of the temporary retraining order of December 21, 2010 [#7].


DATED: April 5, 2011. s/ Joan N. Ericksen
at Minneapolis, Minnesota JUDGE JOAN N. ERICKSEN
  United States District Court